IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JONATHAN MAYBEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:17cv442-MHT |
| ) | (WO) |
| DERRICK CARTER, Warden, ) | |
| ) | |
| Defendant. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about the denial of a mattress while at the Bullock Correctional Facility. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because of plaintiff's failure to submit the requisite fees or file the necessary financial information as required by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of August, 2017.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE